# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Jason Orbison, | ) | JUDGMENT IN CASE |
| Petitioner(s), | ) ) | 3:18-cv-00376-RJC |
| vs. | ) ) | |
| Erik A. Hooks, et al | ) ) ) | |
| Respondent(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's October 23, 2019 Order.

October 23, 2019

Frank G. Johns, Clerk
United States District Court